Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Telephone: (206) 623-4100
Email: jackson@wscd.com
Email: sbaih@wscd.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARLIN LIDSTROM and LAVERNE LIDSTROM, husband and wife and the marital community comprised thereof,<br><br>                      Plaintiffs,<br><br>vs.<br><br>SCOTLYNN COMMODITIES INC., a foreign business entity; and YING H. ZHU, individually,<br><br>                      Defendants. | No. 4:23-cv-05144-SAB<br><br>ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND BY DEFENDANTS |

Defendants Scotlynn Commodities Inc. ("Scotlynn") and Ying Zhu ("Mr. Zhu") answer Plaintiff's Complaint, denying all allegations unless specifically admitted.

**1.** **JURISDICTION & VENUE**

    1.1. Admit there is complete jurisdiction between the parties, insofar as Plaintiffs allege they are citizens of Washington and that Defendants are citizens of Canada. Deny all other allegations.

ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND BY DEFENDANTS – 1

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1.2. Admit the subject accident that occurred on March 24, 2022 occurred in Franklin County, Washington and that this case is proper before the Eastern District of Washington. Deny all other allegations.

2. **PARTIES**

2.1. Admit on information and belief.

2.2. Admit Scotlynn is a Canadian company doing business in the United States, with its principal place of business in Ontario, Canada. Deny all other allegations.

2.3. Admit Mr. Zhu is a citizen of Ontario, Canada. Deny all other allegations.

2.4. Admit Mr. Zhu was acting within the course and scope of his employment as a driver for Scotlynn, and therefore Scotlynn is vicariously liable for his negligence, if any. Deny all other allegations.

2.5. Admit the subject accident at issue in this lawsuit occurred at the intersection of State Route 395 and Foster Wells Road, in Pasco, Washington. Deny all other allegations.

3. **FACTS**

3.1. Admit on information and belief that on March 24, 2022, Plaintiff was driving southbound on State Route 395 at the time of the accident,

ANSWER, AFFIRMATIVE DEFENSES AND
JURY DEMAND BY DEFENDANTS – 2

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

traveling towards the intersection of State Route 395 and Foster Wells Road. Deny all other allegations.

3.2. Deny for lack of information.

3.3. Admit State Route 395 is a roadway with two northbound and two southbound lanes, separated by a grass median. Admit Foster Wells Road intersects State Route 395 from the east and west. Admit the intersection of eastbound Foster Wells Road and southbound State Route 395 has a stop sign for traffic from Foster Wells Road. Deny all other allegations.

3.4. Admit Mr. Zhu was driving a bright orange commercial motor vehicle headed eastbound on Foster Wells Road. Admit he came to a complete stop at the intersection of State Route 395 and Foster Wells Road, intending to turn left and travel northbound on State Route 395. Admit Mr. Zhu waited until traffic was clear to begin his turn. Admit Plaintiff struck the left rear portion of his trailer during that turn. Deny all other allegations.

3.5. Deny.

3.6. See Response to Paragraph 3.4. Deny all other allegations.

3.7. Deny.

3.8. Deny.

ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND BY DEFENDANTS – 3

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

3.9. Admit Mr. Zhu was operating a bright orange tractor-trailer combination vehicle. See also Response to Paragraph 2.4. Deny all other allegations.

3.10. Admit Scotlynn leased the tractor to Mr. Zhu and that Scotlynn owned the trailer. Deny all other allegations.

3.11. Deny.

3.12. Deny.

3.13. Deny.

3.14. Deny.

3.15. Deny.

3.16. Deny for lack of information.

3.17. Deny.

3.18. Deny for lack of information.

3.19. See Response to Paragraph 2.4. Deny all other allegations.

3.20. See Response to Paragraph 2.4. Deny all other allegations.

4. **CAUSES OF ACTION**

4.1. This paragraph contains legal conclusions to which no response is required. To the extent otherwise: Deny.

4.2. This paragraph contains legal conclusions to which no response is required. To the extent otherwise: Deny.

ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND BY DEFENDANTS – 4

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

4.3. This paragraph contains legal conclusions to which no response is required. To the extent otherwise: Deny.

4.4. This paragraph contains legal conclusions to which no response is required. To the extent otherwise: Deny.

4.5. This paragraph contains legal conclusions to which no response is required. To the extent otherwise: Deny.

4.6. This paragraph contains legal conclusions to which no response is required. To the extent otherwise: Deny.

4.7. This paragraph contains legal conclusions to which no response is required. To the extent otherwise: Deny.

4.8. This paragraph contains legal conclusions to which no response is required. To the extent otherwise: Deny.

4.9. See Response to Paragraph 2.4. Deny all other allegations.

4.10. This paragraph contains legal conclusions to which no response is required. To the extent otherwise: Deny.

5. **HARM & LOSS**

5.1. Deny.

5.2. Deny.

5.3. Deny.

5.4. Deny.

ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND BY DEFENDANTS – 5

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

5.5.  Deny.

## AFFIRMATIVE DEFENSES

1. Plaintiff failed to serve and/or properly serve Defendants.

2. Plaintiff failed to state a claim for which relief can be granted.

3. Discovery may reveal that third parties and/or non-parties over whom Defendants had no control may have caused or contributed to the accident and/or Plaintiff's damages. To the extent supported by the evidence, Defendants request an apportionment of fault under RCW 4.22 et seq.

4. Discovery may reveal Plaintiffs failed to mitigate the damages claimed and/or to protect against avoidable consequences.

5. Plaintiffs' claimed injuries, or some portion thereof, may have been caused or aggravated by subsequent intervening and/or superseding events and instrumentalities having no connection or relationship with Defendants or the accident.

6. If Defendants or their representatives make any advance payment for Plaintiffs claimed damages before trial, any award in this case should be offset by that/those payments.

## JURY DEMAND

Defendants demand a jury on all issues.

ANSWER, AFFIRMATIVE DEFENSES AND
JURY DEMAND BY DEFENDANTS – 6

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment:

1. Dismissing Plaintiff's Complaint with prejudice and with costs;

2. For attorney fees and costs incurred herein;

3. For an offset for advance payments if applicable;

4. Apportionment pursuant to RCW 4.22 et seq.; and

5. For such further relief as the court deems just and equitable.

DATED: November 22, 2023.

    *s/ Jeff M. Sbaih*
Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, WA  98104-3629
P: (206) 623-4100 | F: (206) 623-9273
jackson@wscd.com
sbaih@wscd.com
*Attorneys for Defendants*

ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND BY DEFENDANTS – 7

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273